Jason B. ROGERS *v.* STATE of Arkansas

CR 03-485                                         117 S.W.3d 108

Supreme Court of Arkansas
Opinion delivered September 4, 2003

*Alvin Q. Malone,* for appellant.

No response.

PER CURIAM. Appellant, Jason B. Rogers, by his attorney, Alvin Q. Malone, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State,* 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.